Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE, LLC, d/b/a RUNWAY TEXTILE, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK & COMPANY, INC., *et al.*,<br><br>Defendants. | Case No.: CV13-04114-SVW (VBKx)<br>*Hon. Stephen V. Wilson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>JS-6 |

   Having reviewer the Parties' stipulation to dismiss this action,

   IT IS HEREBY ORDERED that this action be dismissed without prejudice, with each party to bear its own costs and fees incurred.

   SO ORDERED.

Date: November 7, 2013      _____
                             HON. STEPHEN V. WILSON
                             U.S. DISTRICT COURT JUDGE

{F1336979.1 }                        - 1 -